IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NED CHARLES MCNULTY, II,

    Plaintiff,

v.

SAND RIDGE SECURE TREATMENT CENTER,

    Defendant.

ORDER

Case No. 23-cv-676-jdp

Plaintiff Ned Charles McNulty, II, has submitted a resident account statement for the six-month period preceding the complaint in support of the pending motion to proceed without prepayment of the filing fee. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing this case. After considering the motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Using information for the relevant time period from plaintiff's resident account statement, I calculate plaintiff's initial partial filing fee to be $19.17. For this case to proceed, plaintiff must submit this amount on or before November 9, 2023.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Ned Charles McNulty, II for leave to proceed without prepayment of the filing fee is GRANTED. Plaintiff is assessed $19.17 as an initial partial payment of the $350.00 fee for filing this case as an indigent litigant. Plaintiff shall

submit a check or money order made payable to the "Clerk of Court" in the amount of $19.17 on or before November 9, 2023. If plaintiff fails to comply as directed or show cause of failure to do so, the court will assume that plaintiff does not wish to proceed and this case will be dismissed without prejudice to plaintiff filing the case at a later date.

    2.    No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint. Once the screening process is complete, a separate order will issue.

Entered this 18th day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge